IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ROBERTA, father and as Personal Representatives of the Estate of ASHLEY ROBERTA | : : : : |
| and | : : |
| MICHAEL ROBERTA, Individually, | : : |
| and | : : |
| JANICE ROBERTA, Individually | : : |
| and | : : |
| MICHAEL ROBERTA, JR., Individually | : : |
| Plaintiffs | : : |
| v. | : Case No.: 1:12-cv-00021-JEB |
| DAS ENTERPRISES, INC. d/b/a SHADOW ROOM, | : : : |
| and | : : |
| RED BULL NORTH AMERICA | : : |
| Defendants | : : |
| : : : : : : : | |

NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of the Court will please dismiss with prejudice this action (which was previously removed from the District of Columbia Superior Court), including all claims which were or could have been brought in this case by the Plaintiffs against the Defendants, inclusive of any cross claims or counter claims.

1

Each party is to bear its own costs and attorney's fees.

Dated: May 16, 2012

                /s/
                Daniel S. Ward, Esq. (D.C. Bar # 474339)
                Ward & Ward PLLC
                2020 N. Street NW
                Washington, DC 20036
                Telephone: (202) 331-8160
                Facsimile:  (202) 503-1455
                dan@wardlawdc.com


                Charles Gilman, Esq.
                108 W. Timonium Road, Ste 203
                Timonium, MD 21093

                Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of May 2012, that a copy of the foregoing Notice of Dismissal With Prejudice was mailed to:

James W. Barkley
Morin & Barkley LLP
455 Second Street, S.E., Suite 200
P.O. Box 240
Charlottesville, Virginia 22902
Counsel for Red Bull

Valerie Tetro
7 Saint Paul Street
Baltimore, Maryland 21202

                                          /s/
                               Daniel S. Ward, Esq. (D.C. Bar # 474339)